# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-0286-01-CR-W-GAF |
| ) | |
| CHARLES F. RICE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Evidence (Doc. #17), in which Defendant claims that he did not commit the traffic violation that was the basis for the car stop, and he claims that his arrest was unlawful because it occurred outside of the Grandview, Missouri Police Officer's jurisdiction.

On February 19, 2009, United States Magistrate Judge John T. Maughmer conducted an evidentiary hearing on Defendant's motion.

Upon careful and independent review of the pending motion and suggestions in support thereof, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence (Doc. #17) is OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: July 28, 2009